# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CALINDA GRAY; HONESTEE GRAY; and CAROLYN GREEN, <br><br> Plaintiffs, <br><br> v. <br><br> CRETE CARRIER CORPORATION; and JOHN DOES 1-3, <br><br> Defendants. | CIVIL ACTION NO.: 4:24-cv-112 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal with Prejudice, signed and filed by counsel for all parties, in which the parties stipulate to the dismissal of all claims, counterclaims, and causes of action asserted in this case, with prejudice, with each party to bear its own costs, expenses, and attorney's fees. (Doc. 22.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, (docs. 20, 22), and to **CLOSE** this case.

**SO ORDERED**, this 7th day of July, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA